18276. LAYFIELD v. O'NEILL et al.

BLOODWORTH, J. 1. The instructions to the jury as to the presumption against a party failing to produce evidence in his power or within his reach (Civil Code of 1910, § 5749) were authorized by the facts. *Moye* v. *Reddick*, 20 *Ga. App.* 649 (2), 652 (93 S. E. 256). See also *Fountain* v. *Callaway Co.*, 144 *Ga.* 550 (2) (87 S. E. 651).

2. There is evidence to support the verdict.

> Judgment affirmed. *Broyles, C. J., and Luke, J., concur.*

DECIDED OCTOBER 4, 1927.

Damages; from Fulton superior court—Judge Pomeroy. May 4, 1927.

*Sidney Smith,* for plaintiff in error. *Hewlett & Dennis,* contra.